# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| RUSSELL H. FISH, III and ROBERT ANDERSON, as Trustee of the Fish Family Trust, | § § § | |
| *Plaintiffs*, | § § | |
| v. | § § § | Civil Action No. 3:06-CV-0815-K consolidated with Civil Action No. 3:06-CV-1203-K |
| PATRIOT SCIENTIFIC CORPORATION, a Delaware corporation, | § § § § | ECF |
| *Defendant*. | § | |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiffs Russell H. Fish, III and Robert Anderson, as trustee of the Fish Family Trust, and Defendant Patriot Scientific Corporation jointly stipulate that any and all claims and counterclaims that were or could have been asserted in Civil Action No. 3:06-CV-0815K and Civil Action No. 3:06-CV-1203-K are hereby dismissed with prejudice. Each party shall bear its own fees and costs.

In performance of obligations of the settlement agreement between the parties, Patriot Scientific Corporation is sharing with counsel for the Russell Fish and the Fish Family Trust various documents on an "attorneys' eyes only" basis that have been governed by the Protective Order in place in this action. The parties further stipulate that, notwithstanding the dismissal of this action, any future sharing of such documents by Patriot Scientific designated "Confidential" or "Attorneys' Eyes Only" in performance of the terms of the settlement agreement in this matter, will continue to be governed by the Protective Order and the Court is requested to remain available to enforce the Protective Order until the Settlement terms have been fulfilled.

Respectfully submitted,

/s/ Jerry R. Selinger_____
Jerry R. Selinger
State Bar No. 18008250
Susan E. Powley
State Bar No. 00784785
MORGAN, LEWIS & BOCKIUS LLP
1717 Main St., Suite 3200
Dallas, TX 75201
Telephone: (214) 466-4100
Facsimile: (214) 466-4001
jselinger@morganlewis.com
spowley@morganlewis.com
ATTORNEYS FOR PLAINTIFFS


/s/ Charles T. Hoge (by permission)
Steven R. Baggett
State Bar No. 01510680
THOMPSON & KNIGHT LLP
1700 Pacific Avenue, Suite 3300
Dallas, Texas   75201-4693
Tel.: (214) 969-1700
Fax: (214) 969-1751

Charles T. Hoge, *pro hac vice*
Matthew P. Nugent
KIRBY NOONAN LANCE & HOGE LLP
600 West Broadway. Suite 1100
San Diego, California  92101-3387
Tel.:  (619) 231-8666
Fax: (619) 231-9593
ATTORNEYS FOR DEFENDANT

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 1, 2007, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.  The following attorneys of record have consented in writing to accept notice as service of this document by electronic means and are being served by a "Notice of Electronic Filing" sent by the electronic case filing ("ECF") system.

                Steven R. Baggett
                THOMPSON & KNIGHT LLP
                1700 Pacific Avenue, Suite 3300
                Dallas, Texas   75201-4693

                Charles T. Hoge
                Matthew P. Nugent
                KIRBY NOONAN LANCE & HOGE LLP
                600 West Broadway. Suite 1100
                San Diego, California  92101-3387


                _/s/ Jerry R.Selinger_____